Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN LYONS and Others, Respondents, for Compensation to Themselves under the State Workmen's Compensation Law, for the Death of JAMES LYONS, v. PARK, INC., Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award to the father of the decedent affirmed; award to the mother of the decedent reversed and her claim dismissed, upon the authority of *Matter of Skarpeletzos* v. *Counes & Raptis Corporation* (228 N. Y. 46). All concur; Lyon, J., not voting, not being a member of the court; Kiley, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EDITH ECKHARDT, Respondent, for Compensation, v. VICTOR NOBIS' SONS, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award reversed, on the authority of *Matter of Eldridge* v. *Endicott, Johnson & Co.* (228 N. Y. 21) and matter remitted to the Commission to take further proof as to the source of the infection for the results of which the award was made. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GERTRUDE SWANSON, Respondent, for Compensation under the Workmen's Compensation Law, v. DOEHLER DIE CASTING COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed and claim dismissed on the ground there is no causal relation shown between claimant's disability and the alleged accidental injury. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY KRATZLE, Respondent, for Compensation under the Workmen's Compensation Law, v. TOWER LUNCH, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed upon the ground that the injuries complained of were not connected by the proof with an accidental injury as a cause, and claim remitted to the Commission for further consideration. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PATRICK BROWN, for Compensation under the Workmen's Compensation Law for the Death of EDWARD BROWN, Respondent, v. UVALDE ASPHALT PAVING COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter